# Exhibit 2

US00D806325S

| (12) | United States Design Patent | (10) Patent No.: | **US D806,325 S** |
|---|---|---|---|
| | Chen | (45) Date of Patent: ** | Dec. 26, 2017 |

(54) **PET COSTUME**

(71) Applicant: **Eugenia Judy Chen**, Burbank, CA (US)

(72) Inventor: **Eugenia Judy Chen**, Burbank, CA (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/606,387**

(22) Filed: **Jun. 4, 2017**

(51) **LOC (10) Cl.** ............................................... 30-01
(52) **U.S. Cl.**
 USPC ....................................................... **D30/145**
(58) **Field of Classification Search**
 USPC .............. D30/144, 145, 146, 151, 161, 199; D24/124, 190; D2/718, 719, 860, 864, D2/896, 909, 919; D21/604, 605
 CPC ................................ A63J 7/005; A01K 13/006
 See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 3,742,679 | A | * | 7/1973 | Jordan | ................. | A01K 13/006 |
| | | | | | | 119/850 |
| 3,918,238 | A | * | 11/1975 | Iozzio | ................. | A01K 13/006 |
| | | | | | | 119/850 |
| D349,532 | S | * | 8/1994 | Philippi | ....................... | D21/605 |
| D365,915 | S | * | 1/1996 | Merkley | ......................... | D2/719 |
| D404,851 | S | * | 1/1999 | Braun | .......................... | D30/145 |
| 6,119,635 | A | * | 9/2000 | Powell-Lesnick | ... | A01K 13/006 |
| | | | | | | 119/850 |
| D448,818 | S | * | 10/2001 | Evanosky | ..................... | D21/604 |
| D487,836 | S | * | 3/2004 | Cowdin | .......................... | D2/719 |
| 7,004,113 | B1 | | 2/2006 | Zutis et al. | | |
| D561,410 | S | | 2/2008 | Katz | | |
| D590,456 | S | * | 4/2009 | Jones | ............................ | D21/605 |
| 8,210,131 | B2 | | 7/2012 | Friedland | | |
| D688,423 | S | * | 8/2013 | Berghoff | ....................... | D30/145 |
| D736,482 | S | | 8/2015 | Lapresca | | |
| D758,046 | S | * | 6/2016 | Grant | ............................. | D2/741 |
| D774,706 | S | | 12/2016 | Smith | | |
| D778,994 | S | * | 2/2017 | Johnson | ....................... | D21/604 |
| 2013/0023351 | A1 | * | 1/2013 | Kanemaru | .............. | A63J 7/005 |
| | | | | | | 472/84 |

OTHER PUBLICATIONS

"YouTube: Funny Panda Puppy Halloween Costume Original Video". Found online Jul. 14, 2017 at youtube.com. Page dated Oct. 31, 2016. Retrieved from https://www.youtube.com/watch?v=UNsEinjNvMU.*

(Continued)

*Primary Examiner* — Robert M. Spear
*Assistant Examiner* — Kendra Leslie Hamilton
(74) *Attorney, Agent, or Firm* — Mu P.C.

(57) **CLAIM**

The ornamental design for a pet costume, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of a pet costume showing my new design;
FIG. **2** is a front elevational view thereof;
FIG. **3** is a rear elevational view thereof;
FIG. **4** is a left side elevational view thereof;
FIG. **5** is a right side elevational view thereof;
FIG. **6** is a top plan view thereof;
FIG. **7** is a bottom plan view thereof; and,
FIG. **8** is a top-front perspective view thereof, shown in condition of use.
The broken lines showing of a dog in FIG. **8** represents unclaimed environmental subject matter and form no part of the claim.

**1 Claim, 8 Drawing Sheets**



(56)  **References Cited**

OTHER PUBLICATIONS

"Adorable Panda Sighting at California Beach". Found online Jul. 13, 2017 at rumble.com. Page dated Dec. 15, 2016. Retrieved from https://rumble.com/v32vml-panda-attacks-california-beach.html.*
"Vid We Love: Munchkin the Teddy Bear Dog Walks Into a Puddle of Awws". Found online Jul. 13, 2017 at dogster.com. Page dated Jan. 8, 2015. Retrieved from http://www.dogster.com/the-scoop/munchkin-teddy-bear-costume-dog-cute-videos.*
"Rubies Costume Company Walking Teddy Bear Pet Sur". Found online Jul. 13, 2017 at amazon.com. Page dated Aug. 5, 2016. Retrieved from https://www.amazon.com/Walking-Teddy-Bear-Suit-Large/dp/B01C4K93R4/ref=cm_cr_arp_d_product_top?ie=UTF8.*

* cited by examiner

FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8

